UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ALISSA CATHERINE ALLEN** | **CASE NO. 6:21-CV-00114** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TIGER SAFETY L L C ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

O R D E R

Before the Court is a motion for attorney fees and costs filed by defendants Tiger Safety, LLC and the Modern Group, Ltd. in this matter.[1]  Defendants' motion was filed on April 27, 2022, after this Court granted Defendants' prior motion to compel.[2]  Plaintiff voluntarily dismissed her claims against all defendants on May 10, 2022.[3]  Considering the circumstances leading to the dismissal of this case, it is hereby

ORDERED that Defendants' motion for attorney fees and costs is DENIED pursuant to Fed. R. Civ. P. 37(a)(5)(A)(iii).

SIGNED this 26th day of May, 2022 at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

---

[1] Rec. Doc. 76.
[2] Rec. Doc. 72.
[3] Rec. Doc. 84.